**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF CONTINUING ABATEMENT

Appellate case name:       In the Matter of S.W.

Appellate case number:   01-12-01089-CV

Trial court case number:   1203906J

Trial court:                       314th District Court of Harris County

On March 26, 2013, we abated this appeal because appellant's brief was not timely filed, and there was no response filed to the late brief notice (see attached order). We directed the trial court to hold a hearing regarding the late brief, and ordered that the reporter's record of the hearing and a supplemental clerk's record containing the findings and orders executed at the hearing be filed in this Court by April 15, 2013. No records have been filed.

Accordingly, the appeal continues in abatement. We direct the trial court to hold the hearing as directed in our March 26, 2013 order. The reporter's record of the hearing and the trial court's findings and recommendations and any orders issued pursuant to this hearing shall be included in a supplemental clerk's record and filed in this Court **no later than 20 days from the date of this order**.

The appeal continues in abatement, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental clerk's record and reporter's record of the hearing are filed in this Court. **The court coordinator of the trial court shall set a hearing date and notify the parties and the Clerk of this Court of such date.**

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                          ☑ Acting individually     ☐ Acting for the Court

Date: May 1, 2013